**SMITH & NEPHEW INCORPORATED, John O. Hayhurst, M.D., Plaintiffs–Appellees**

v.

**ARTHREX, INCORPORATED, Defendant–Appellant.**

No. 2014–1729.

United States Court of Appeals, Federal Circuit.

March 18, 2015.

John Michael Skenyon, Fish & Richardson P.C., Boston, MA, argued for plaintiffs-appellees. Also represented by Mark Joseph Hebert, I.

Charles W. Saber, Dickstein Shapiro LLP, Washington, DC, argued for defendant-appellant. Also represented by Salvatore P. Tamburo, Megan S. Woodworth, S. Gregory Herrman.

LOURIE, DYK, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.